IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL WILSON BRADLEY,<br><br>　　　　　　　Defendant. | Case No. 4:21-cr-00025-RRB<br><br>**ORDER TOLLING<br>SPEEDY TRIAL CLOCK** |

　　　　　At Docket 109, this Court entered an order continuing the trial of this matter as requested by the parties at Docket 108 to permit Defendant to continue treatment to better stabilize prior to trial. Based thereon, the Court finds that a continuance is in the interest of justice and outweighs the interest of either the Defendant or the community in proceeding to trial as scheduled. The speedy trial clock therefore is tolled in this matter until the status conference that is now set for November 29, 2023, at which time a new trial date will be set.

　　　　　IT IS SO ORDERED this 25th day of October, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge