IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WILSON BRADLEY,<br><br>Defendant. | Case No. 4:21-cr-00025-RRB<br><br>**ORDER** |

This Court finds the motion at Docket 131 appears to be supported by sufficient reasonable cause.  Therefore, this Court ORDERS:

1.    A psychiatric or psychological examination of Defendant to be conducted and that a report be filed with the Court in accordance with 18 U S C § 4242(a). The report should include Defendant's history and present symptoms; a description of the psychiatric, psychological, and medical tests that were employed and their results; the examiners findings; and the examiners opinions as to diagnosis, and whether, at the time of the charged offenses, November 8 and 9, 2021, as a result of a severe mental disease or defect, Defendant was unable to appreciate the nature and quality or the wrongfulness of his acts and;

2.     Commitment of Defendant for a period of 30 days or the time necessary to conduct the examination 18 U.S.C. § 4247(b); and

3.     The examination to occur as soon as possible.  Given that Defendant previously was examined by Forensic Psychologist Robin Watkins, Ph.D., the Court strongly urges the Bureau of Prisons to return Defendant to that facility for further examination.

IT IS SO ORDERED this 26th day of January, 2024, at Anchorage, Alaska.


*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge